IN THE SUPREME COURT

IN RE ROCK-OLA CAFE

[336 N.C. 68 (1994)]

IN THE MATTER OF: ROCK-OLA CAFE T. K. TRIPPS, INC. 41-48752;
ROCK-OLA CAFE, T. K. TRIPPS, INC. 92-41165; T. K. TRIPPS OF
ASHEVILLE, INC. 11-26547; T. K. TRIPPS OF CHARLOTTE, INC. 60-55718;
T. K. TRIPPS OF DURHAM, INC. 32-22431; T. K. TRIPPS OF GREENSBORO,
INC. 41-42543; T. K. TRIPPS OF RALEIGH, INC. 92-33500; T. K. TRIPPS
OF RIDGEWOOD, INC. 92-34759

No. 383PA93

(Filed 8 April 1994)

On discretionary review pursuant to N.C.G.S. § 7A-31 of an
opinion of the Court of Appeals, 111 N.C. App. 683, 433 S.E.2d
236 (1993), affirming the judgment entered on 30 October 1991
by McHugh, J., in Superior Court, Guilford County. Heard in the
Supreme Court on 15 March 1994.

*Michael F. Easley, Attorney General, by George W. Boylan,
Special Deputy Attorney General, for the petitioner-appellant
N.C. Secretary of Revenue.*

*Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P., by
William G. McNairy, for respondents-appellees.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.